# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANDRE FLAUNDERS, | CV F  06-mc-00030-DLB |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO RETURN FILING DOCUMENT TO PETITIONER |
| v. | |
| UNITED STATES OF AMERICA, | [Doc. 1] |
| Respondent. | |

On July 26, 2006, Petitioner filed a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. (Court. Doc. 1.)

In his motion, Petitioner clearly states that the proceeding in which he is challenging took place in the United States District Court for the Central District of California. (Motion, at 1.) Petitioner contends that "the judge, prosecutor, and his court appointed counsel committed 'fraud upon a federal court' by a deliberately planned and carefully executed scheme which allowed petitioner to plead guilty to crime of bank robbery, the jurisdiction element of which was not charged and subsequently never proven, thereby depriving the court of subject matter jurisdiction under 2113(F)." (Motion, at 1.)

First, a motion filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure is not a proper pleading to open a new case in this Court. Second, Petitioner is challenging a conviction and actions by officials in the United States District Court for the Central District of California. Thus, any challenge to that conviction must be filed in that Court. This Court has no

1  jurisdiction over the claims to which Petitioner is raising via a motion for relief pursuant to Rule
2  60(b) of the Federal Rules of Civil Procedure.
3      Accordingly, it is HEREBY ORDERED that the instant motion for relief under Rule
4  60(b) of the Federal Rules of Civil Procedure, shall be returned to Petitioner, and no further
5  action shall be taken.
6      IT IS SO ORDERED.
7      Dated:   August 9, 2006                /s/ **Dennis L. Beck**
   3b142a                                            UNITED STATES MAGISTRATE JUDGE