# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANDRE FLAUNDERS, ) | 1:06mc0030 DLB |
| ) | |
| ) | ORDER DENYING PLAINTIFF'S MOTION |
| ) | FOR RECONSIDERATION |
| Plaintiff, ) | (Document 5) |
| ) | |
| v. ) | ORDER DENYING PLAINTIFF'S REQUEST |
| ) | FOR CERTIFICATE OF APPEALABILITY |
| UNITED STATES OF AMERICA, ) | (Document 7-2) |
| ) | |
| ) | ORDER DISREGARDING PLAINTIFF'S |
| ) | APPLICATIONS TO PROCEED IN FORMA |
| Defendant. ) | PAUPERIS ON APPEAL AS MOOT |
| ) | (Documents 6, 7-1) |

Plaintiff Joseph Andre Flaunders ("Plaintiff") filed a motion pursuant to Federal Rule of Civil Procedure 60(b) on July 26, 2006.

On August 11, 2006, the Magistrate Judge issued an order to return the filing to Plaintiff. The Court explained that a Rule 60(b) motion was not a proper pleading to open a new case in this Court. The Court also explained that Plaintiff was challenging a conviction from the Central District of California, and that any such action must be filed in that court. The Court further explained that it did not have jurisdiction over Plaintiff's claims and that no further action would be taken.

On October 30, 2006, Plaintiff filed a motion requesting that the Magistrate Judge reconsider the August 11, 2006, ruling. However, Plaintiff's November 27, 2006, notice of appeal divested this Court of any jurisdiction it might have had. Thus, Plaintiff's motion for reconsideration is DENIED.

1    Also on November 27, 2006, Plaintiff filed a motion to proceed in forma pauperis on
2 appeal and a request for a certificate of appealability.  28 U.S.C. § 1915(a)(3) provides that an
3 appeal may not be taken in forma pauperis if the trial court certifies in writing that the appeal is
4 not taken in good faith.
5    The Court finds that Plaintiff's appeal is not taken in good faith.  Accordingly, his request
6 for a certificate of appealability is DENIED and his motions to proceed in forma pauperis are
7 DISREGARDED AS MOOT.
8    IT IS SO ORDERED.
9    Dated:   **December 8, 2006**             **/s/ Dennis L. Beck**
         3b142a                              UNITED STATES MAGISTRATE JUDGE