UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH ANDRE FLAUNDERS, | ) | 1:06mc0030 DLB |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S REQUEST |
| | ) | FOR CERTIFICATE OF APPEALABILITY |
| Plaintiff, | ) | |
| | ) | (Document 12) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff Joseph Andre Flaunders ("Plaintiff") filed a motion pursuant to Federal Rule of Civil Procedure 60(b) on July 26, 2006. On August 11, 2006, the Magistrate Judge issued an order to return the filing to Plaintiff.

    Plaintiff filed a previous request for certificate of appealability on November 27, 2006. In an order dated December 13, 2006, the Court denied his request. The Court explained that 28 U.S.C. § 1915(a)(3) provides that an appeal may not be taken in forma pauperis if the trial court certifies in writing that the appeal is not taken in good faith. Because the Court found that the appeal was not taken in good faith, it denied his certificate of appealability.

    IT IS SO ORDERED.

    Dated: __December 18, 2006__      _____/s/ Dennis L. Beck_____
3b142a                                                     UNITED STATES MAGISTRATE JUDGE